# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2082
Lower Tribunal No. 21-3247-FC-04
_____

**Garth Omari Shaw,**
Appellant,

vs.

**Sara J. Perez-Shaw,**
Appellee.


An Appeal from a non-final order the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Calisha A. Francis, for appellant.

Abramowitz and Associates and Evan L. Abramowitz, for appellee.


Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").